

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2018

No. 04-17-00682-CV

**IN THE INTEREST OF A.J.W., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02816
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is GRANTED. The appellant's brief is due on January 29, 2018. **Further requests for extension of time will be disfavored**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court